IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:22-cr-54-DPM

TAMARCUS LORENZO WILSON                                     DEFENDANT

ORDER

Wilson's § 2255 motion, *Doc. 63*, is denied. There's no need for a hearing. President Trump's Executive Order doesn't vacate Wilson's conviction for being a felon in possession of a firearm. And his conviction doesn't violate the Second Amendment. *United States v. Jackson*, 110 F.4th 1120, 1125 (8th Cir. 2024).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 July 2025